# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 9, 2026
Lyle W. Cayce
Clerk

No. 24-10708

_____

GENISE KINCANNON, *on their own behalf and on behalf of all others similarly situated*; DAVID SAMBRANO, *on their own behalf and on behalf of all others similarly situated*,

                                          *Plaintiffs—Appellees/Cross-Appellants,*

DAVID CASTILLO, *on their own behalf and on behalf of all others similarly situated*; KIMBERLY HAMILTON, *on their own behalf and on behalf of all others similarly situated*; DEBRA JENNEFER THAL JONAS, *on their own behalf and on behalf of all others similarly situated*; JARRAD RAINS, *on his own behalf and on behalf of all others similarly situated*; ALYSE MEDLIN, *on her own behalf and on behalf of all others similarly situated*; CHARLES BURK, *on his own behalf and on behalf of all others similarly situated*; SETH TURNBOUGH, *on their own behalf and on behalf of all others similarly situated*,

                                                  *Plaintiffs—Appellees,*

*versus*

UNITED AIRLINES, INCORPORATED,

                                                  *Defendant—Appellant/Cross-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CV-1074

_____

# JUDGMENT

Before Higginson, Willett, and Engelhardt, *Circuit Judges*.*

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

---

* Judge Willett concurs in all but Parts IV.B.3 and V of the majority opinion.